**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:16-cv-24077-CIV-GOODMAN
**[CONSENT CASE]**

ESTRELLITA REYES,

    Plaintiff,

vs.

BCA FINANCIAL SERVICES, INC.,

    Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO COUNT II ONLY**

    Plaintiff Estrellita Reyes and Defendant BCA Financial Services, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, Count II of the Complaint seeking class certification and damages under the Fair Debt Collection Practices Act ("FDCPA") **only** as asserted by Plaintiff, as an individual, against the Defendant, in the above styled action.  To the extent that any claims were sought by any purported class member(s) under the FDCPA, the parties stipulate to the dismissal of those claims without prejudice.

    As to any entitlement or claim to attorneys' fees, costs and expenses arising from Count II, the parties shall bear their own respective attorneys' fees, costs, and expenses.

Date: December 18, 2017

<table>
<tr><td>

*/s/ Michael L. Greenwald*
Michael L. Greenwald
Florida Bar No. 0761761
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Telephone (561) 826-5477
Facsimile (561) 961-5684

*Counsel for Plaintiff*

</td><td>

/s/*Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq.
Florida Bar No. 0110108
SKohlmyer@Shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL 32751
Tel: (407) 622-1772

*Counsel for Defendant*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed via the Court's ECF system on December 18, 2017, which will provide notice to all counsel of record.

By:   */s/ Michael L. Greenwald*
      Michael L. Greenwald